NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IN RE: JAGADESHWAR REDDY NOMULA,**
*Appellant*

———————————

2016-2735

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 13/208,338.

———————————

**JUDGMENT**

———————————

JUNDONG MA, JDM Patent Law PLLC, Riverdale Park, MD, argued for appellant.

FARHEENA YASMEEN RASHEED, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, JEREMIAH HELM, THOMAS W. KRAUSE, JOSEPH GERARD PICCOLO.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, WALLACH, and CHEN, *Circuit Judges*).

## AFFIRMED. *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT


  September 18, 2017  　　　　/s/ Peter R. Marksteiner
　　　　Date　　　　　　　　　Peter R. Marksteiner
　　　　　　　　　　　　　　　Clerk of Court